

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00276-CV

———————————————

CITY OF COLLEYVILLE, TEXAS, Appellant

V.

MART, INC., Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-353845-24

Before Walker, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We have considered Appellant City of Colleyville's petition for permissive appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f); Tex. R. App. P. 28.3(a). We grant the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f).

In the interlocutory appeal, we will determine the following issue: Did the trial court err by finding that the liquidated damages clause in section 7(D) of the contract between the City and Appellee Mart, Inc. was an unenforceable penalty provision? The City's notice of appeal is deemed filed today. *See id.*; Tex. R. App. P. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.1, 28.3(k). The City must file a copy of this memorandum opinion and order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

Per Curiam

Delivered: July 1, 2025